FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2019
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of EVERETT CONCRETE LLC, an Idaho Limited Liability Company,<br><br>            Plaintiff,<br><br>            v.<br><br>INNOVATIVE CONSTRUCTION & DESIGN LTD., a Washington Corporation; and BERKLEY INSURANCE COMPANY, Bond No. 0204733, a Delaware Corporation,<br><br>            Defendants. | No. 2:18-cv-00307-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 22, 2019, the parties filed a stipulated dismissal, ECF No. 27. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulated Motion for Dismissal, with Prejudice and Without Costs, **ECF No. 27**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE **-** 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of July 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2